IDA D. DARBY, *et al., Appellants,* v. G. E. DARBY, *et al.,*
*Appellees.*

Division B.

Decision Filed April 18, 1927

An Appeal from the Circuit Court for Volusia County;
W. W. Wright, Judge.

*Sholtz, Green, Daniel & West,* for Appellants;

*Scarlett, Jorden, Futch & Fielding,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of the
order herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said order; it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
interlocutory order of the Circuit Court be, and the same
is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.